IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:01-00014 |
| | ) | Judge Trauger |
| ADAM PHILLIPS | ) | |

**O R D E R**

Defendant's Motion to Modify Revocation Order (Docket No. 103) is GRANTED.

It is hereby **ORDERED** that the special condition that defendant reside in the Residential Reentry Center for 90 days is removed. All other conditions of his supervision remain in effect.

It is so **ORDERED.**

Enter this 11th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge